RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/8/11

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| MARK A. CROSS | CIVIL ACTION NO. 11-0098 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN, WINN CORRECTIONAL CENTER | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 24], adopted by this Court after a *de novo* review of the record, including Petitioner Mark A. Cross's objections [Doc. No. 27], and for those additional reasons set forth in the Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Cross's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 [Doc. No. 1], is DENIED, and his claims are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that to the extent that Cross's objections to the Report and Recommendation [Doc. No. 27] can be construed as a motion to amend his Petition, the motion is DENIED for the reasons set forth in the Ruling.

MONROE, LOUISIANA this 8 day of December, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE